IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-952-LPS |
| VIZIO, INC., | |
| Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT VIZIO, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant VIZIO, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Stephen B. Brauerman | /s/ Pilar G. Kraman |
| Richard D. Kirk (rk0922) | Adam W. Poff (No. 3990) |
| Stephen B. Brauerman (sb4952) | Pilar G. Kraman (No. 5199) |
| Vanessa R. Tiradentes (vt5398) | Rodney Square |
| Sara E. Bussiere (sb5725) | 1000 North King Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 | (302) 571-6600 |
| (302) 655-5000 | apoff@ycst.com |
| rkirk@bayardlaw.com | pkraman@ycst.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | *Attorneys for Defendant VIZIO, Inc.* |
| sbussiere@bayardlaw.com | |

*Attorneys for Plaintiff Data Carriers, LLC*

Dated: August 19, 2014

**IT IS SO ORDERED** this \_\_20th\_\_ day of \_\_August\_\_, 2014.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge